# First District Court of Appeal
## State of Florida

_____

No. 1D18-0998

_____

ALPHONSO JAMES, SR.,

Appellant,

v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

October 4, 2018

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Alphonso James, Sr., pro se, Appellant.

Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.